# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEX CICCOTELLI, | ) |
| Plaintiff, | ) |
| | ) Case No. 2:21-cv-04885-MMB |
| v. | ) |
| FLEXION THERAPEUTICS, INC., PATRICK J. MAHAFFY, MICHAEL D. CLAYMAN, SCOTT A. CANUTE, SAMUEL D. COLELLA, UTPAL KOPPIKAR, ELIZABETH KWO, HEATH LUKATCH, ANN MERRIFIELD, ALAN W. MILINAZZO, and MARK STEJBACH, | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: November 19, 2021

GRABAR LAW OFFICE

By: *Joshua H. Grabar*
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*